LAW OFFICES OF
## JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

April 21, 2023

**VIA ECF**
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Thapa</u>, 22 CR 654 (SDNY)

Dear Judge Cronan:

      I am writing on behalf of defendant Rikesh Thapa and on consent of the government to respectfully request a six-week adjournment of the status conference presently scheduled for this Tuesday, April 25. The reason for this last minute request is that I was informed this afternoon that the government recently determined that approximately 2GB of text messages over the Slack platform were inadvertently not captured during their initial extraction of the defendant's cellphone for production to the defense. While I have not received this production as of yet, I anticipate that these messages will be germane to the charged offenses as related to the defendant's employment at Blockparty. Accordingly, prior to setting a pretrial motion schedule, which the parties anticipate occurring at the next scheduled conference, I respectfully request the opportunity to review these materials and determine if they will impact my anticipated motions.

      Of course, should Your Honor approve this request, the defendant will waive speedy trial time until the date of his next scheduled appearance.

**JEFFREY LICHTMAN**

Hon. John P. Cronan
United States District Judge
April 21, 2023
Page 2

Thank you for the Court's consideration of this letter; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: Tim Capozzi, Esq.
Assistant United States Attorney (by ECF)

---

The request is granted. The conference currently scheduled for April 25, 2023, is adjourned to June 6, 2023, at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. The Government shall submit a status letter no later than May 1, 2023, confirming that the supplemental production has been made, or updating the Court as to the status of discovery. The Court will exclude time until June 6, 2023 under the Speedy Trial Act for the purposes of allowing the defense to review discovery and contemplate any pretrial motions. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

April 24, 2023
New York, New York

JOHN P. CRONAN
United States District Judge