```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
                                                    :
              -v-                                   :        22 Cr. 654 (JPC)
                                                    :
RIKESH THAPA,                                       :        PRETRIAL ORDER
                                                    :
                    Defendant.                      :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Trial is scheduled to begin in this matter on April 29, 2024.  The Parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.  Defendant may file any discovery motions by September 8, 2023.  The Government's opposition to any discovery motions is due September 22, 2023, and the deadline for any reply is September 29, 2023.

      The deadline for the Government's expert disclosures pursuant to Federal Rule of Civil Procedure 16(a)(1)(G) is January 12, 2024.  The deadline for Defendant's expert disclosures pursuant to Rule 16(b)(1)(C) is February 9, 2024.  The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by March 8, 2024.  By March 22, 2024, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms.  Any motions *in limine* shall also be filed by March 22, 2024, with oppositions due April 5, 2024.  The Court will hold a Final Pretrial Conference on April 24, 2024, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: June 6, 2023
      New York, New York

                                                    JOHN P. CRONAN
                                           United States District Judge