LAW OFFICES OF
# JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

February 12, 2024

**VIA ECF**
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. Thapa**, 22 CR 654 (SDNY)

Dear Judge Cronan:

    I am writing on behalf of defendant Rikesh Thapa and without objection from the government to respectfully request a third adjournment of the defendant's March 7, 2024 sentencing. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ The Court's calendar permitting, both parties are available the week of April 29, 2024 for a rescheduled sentencing date.[1]

---

[1] AUSA Timothy Capozzi is starting a two-to-three week trial on April 2, 2024.

JEFFREY LICHTMAN

Hon. John P. Cronan
United States District Judge
February 12, 2024
Page 2

    Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

                                Respectfully submitted,

                                Jeffrey Lichtman

cc:    Timothy Capozzi, Esq.
        Assistant United States Attorney (by ECF)

The request is granted. Defendant's sentencing scheduled for March 7, 2024, at 2:00 p.m. is adjourned to April 29, 2024, at 1:00 p.m.

SO ORDERED.
February 14, 2024
New York, New York

                          JOHN P. CRONAN
                          United States District Judge