LAW OFFICES OF

## JEFFREY LICHTMAN

441 LEXINGTON AVENUE

SUITE 504

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

MATTHEW COHAN

PH: (212) 581-1001

FX: (212) 581-4999

April 30, 2025

**BY ECF**
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is granted.  Pretrial Services is directed to return Mr. Thapa's passport.

SO ORDERED
May 1, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

Re: <u>United States v. Thapa</u>, 22 CR 654 (JPC) (SDNY)

Dear Judge Cronan:

I am writing on behalf of defendant Rikesh Thapa to respectfully request that Pretrial Services be directed to return the defendant's passport now that Mr. Thapa has begun service of his sentence at FCI Oakdale.  The government, by AUSA Timothy Capozzi, has no objection to this request.

Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Einhorn

cc:    Timothy Capozzi, Esq. (by ECF)
        Assistant United States Attorney